

**IN THE**
**TENTH COURT OF APPEALS**

---

**No. 10-17-00344-CR**

**IN RE ROY LEE BOYKIN**

---

**Original Proceeding**

---

**MEMORANDUM OPINION**

---

Relator's petition for writ of mandamus is denied.[1]

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition denied
Opinion delivered and filed January 24, 2018
[OT06]

---

[1] In light of our disposition, all pending motions are dismissed as moot.

